862

**Mosi A. BUNDU, Plaintiff–Appellant,**

v.

**SAINT ANNE INSTITUTE,**
**Defendant–Appellee.**

No. 03–7882.

United States Court of Appeals,
Second Circuit.

June 30, 2004.

Mosi A. Bundu, Spartanburg, SC, for
Appellant, pro se.

Tanya A. Yatsco, Girvin & Ferlazzo,
P.C., Albany, NY, for Appellee.

Present: McLAUGHLIN, CABRANES
and WALLACE,* Circuit Judges.

**SUMMARY ORDER**

UPON CONSIDERATION WHEREOF,
IT IS HEREBY ORDERED, AD-
JUDGED, AND DECREED that the or-
der of the District Court be and it hereby
is AFFIRMED.

In January 2001, plaintiff Mosi Bundu,
initially acting *pro se* but later through
appointed *pro bono* counsel, filed a com-

* The Honorable J. Clifford Wallace, of the Unit-
ed States Court of Appeals for the Ninth Cir-

plaint against defendant Saint Anne Insti-
tute, alleging racial and sex discrimination
and harassment in violation of Title VII of
the Civil Rights Act of 1964, 42 U.S.C.
§§ 2000e through 2000e–17.  Plaintiff ar-
gued that he was subjected to adverse
employment actions and ultimately fired
because of his race and sex.  On defen-
dant's motion for summary judgment, the
District Court granted judgment in favor
of defendant and dismissed all of plaintiff's
claims.  *See Bundu v. Saint Anne Insti-
tute*, No. 01–CV–0038 (N.D.N.Y. June 19,
2003).  Plaintiff appeals from that order.

Having considered the material submit-
ted by the parties and heard oral argu-
ment, we conclude, for substantially the
reasons stated by the District Court, that
summary judgment in favor of defendant
was proper.  Accordingly, the order of the
District Court is hereby **AFFIRMED.**